# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,   )   | **AMENDED** COURT MINUTES - CRIMINAL |
| )  | |
| Plaintiff,   ) | Case No:    16-cr-0190 (WMW/HB) |
| )  | Date:    September 11, 2017 |
| v.   )  | Court Reporter: Lori Simpson |
| )  | Courthouse:    St. Paul |
| DEVON DELORENTA WARREN (1),   ) | Courtroom:    3B |
| )  | Time Commenced: 1:05 p.m. |
| Defendant.   ) | Time Concluded:    2:06 p.m. |
| | Sealed Hearing Time: |
| | Time in Court:  1 Hour & 1 Minute |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Wilhelmina M. Wright, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    Assistant United States Attorney
    For Defendant:    Keala C. Ede and Manvir Atwal  √ FPD  ☐ CJA  ☐ Retained  ☐ Appointed

    Interpreter/Language: [Interpreter] / [Language]

    ☐ **Evidentiary Hearing** (only select if witness list filed)

    **√ Sentencing.**

    ☐ **Hearing held on objections to the presentence report.**

IT IS ORDERED:

Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1s | √ | | 110 mos. | | 3 yrs. | | |

    Sentence (or s.r.) to run  ☐ concurrently  ☐ consecutively

    √  See J&C for special conditions

√ Defendant sentenced to pay:
    ☐ Fine in the amount of $ to be paid.
    ☐ Restitution in the amount of $.
    ☐ Costs of prosecution in the amount of $ to be paid .
    √ Special assessment in the amount of $100.00 to be paid immediately.

☐ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until [Execution of Sent susp until].
☐ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
√ On Motion of the Gov't., the indictment is dismissed for this defendant.
√ Motion for departure is   ☐ granted   √ denied.
√ Defendant remanded to the custody of the U.S. Marshal.

☐ Docket no.: 73, 82, 83, 85 shall be unsealed at the time the judgment is filed.
☐ Docket no.:    shall remain sealed until [Date to unseal listed doc.].
☐ Docket no.:    shall be sealed indefinitely.

                                                    s/Terianne Bender
                                                    Courtroom Deputy